# Jack Costeira

220 Baltusrol Avenue• Springfield, NJ 07081• Phone: 908 868 4639
E-Mail: jack.costeira@gmail.com

June 27th, 2014

Michael T Grosso, Rachel Anne Seaton, William P. Mclane
Littler Mendelson
1085 Raymond Blvd. 8th floor

To Whom It May Concern:

I am in receipt of the Honorable Judge Chesler's decision, dated 6-24-2014, civil action No.2:13-cv-4160 for which he rules in favor of the defendants, "The Travelers Co.Inc", without prejudice.

At this time I would like to request a reissuance of the arbitrators' award, which was initially issued on April 16, 2013, in the amounts of $9,496.16 and $ 15,724.07.

In addition, as far as the distribution of the above mentioned checks, I insist that no additional settlement clauses be included pursuant to their endorsement, as was suggested in the previous check drafts of 2013.

Respectfully,

*Jack Costeira*

Jack Costeira

CC: Honorable Judge Stanley R. Chesler

JACK COSTEIRA
220 BALTUSROL AVE
SPRINGFIELD, NJ 07081

Our records indicate the check number listed below has not been returned to us as a paid item by our bank. Please complete this form by checking the appropriate box and return it in the enclosed envelope to the address listed at the bottom of the form. If you have any questions, call (860) 277-6305.

| Check Number | Date | Amount | Bank Account |
|---|---|---|---|
| 0000007088153 | 05/24/2013 | $15,724.07 | 00000000000038618885 |

☐ I have not received the check described above. Please issue me a new check and send it to the address listed in the explanation area (if different than address listed above).

☐ I have received and cashed the check described above.

☐ I have received the check described above, but did not cash it. (Please explain below)

☐ This check was a duplicate payment and was returned.

☐ Other (Please explain below)

**Explanation Area**


_____          _____
(Signature of Payee)                              (Date)


_____
(Email address)


Please mail this form back to:

Travelers Companies, Inc.
One Tower Square
Attn: M. Nanci; Disbursements; PB06C
Hartford, CT 06183

JACK A COSTEIRA
220 BALTUSROL AVE
SPRINGFIELD, NJ 07081

Our records indicate the check number listed below has not been returned to us as a paid item by our bank. Please complete this form by checking the appropriate box and return it in the enclosed envelope to the address listed at the bottom of the form. If you have any questions, call (860) 277-6305.

| Check Number | Date | Amount | Bank Account |
|---|---|---|---|
| 0000007087538 | 05/21/2013 | $9,496.16 | 00000000000038618885 |

☐ I have not received the check described above. Please issue me a new check and send it to the address listed in the explanation area (if different than address listed above).

☐ I have received and cashed the check described above.

☐ I have received the check described above, but did not cash it. (Please explain below)

☐ This check was a duplicate payment and was returned.

☐ Other (Please explain below)

**Explanation Area**


_____                    _____
(Signature of Payee)                                                    (Date)



_____
(Email address)



Please mail this form back to:

Travelers Companies, Inc.
One Tower Square
Attn: M. Nanci; Disbursements; PB06C
Hartford, CT 06183

